# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30567
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 12, 2019

Lyle W. Cayce
Clerk

DARREL ARTHUR BRAUN, also known as "Robert",

　　　　　　　　　　　　　　　Plaintiff-Appellant

v.

WILLIAM P. BARR, U. S. ATTORNEY GENERAL; JEFF LANDRY, Attorney General of Louisiana; UNKNOWN INTEL CORPORATION C.E.O.; BILL GATES, Founder of Microsoft,

　　　　　　　　　　　　　　　Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CV-1469

Before BENAVIDES, HIGGINSON, and ENGELHARDT, Circuit Judges.
PER CURIAM:[*]

Darrel Arthur Braun, Louisiana prisoner # 110086, who is currently confined to the custody of the Eastern Louisiana Mental Health System, appeals the dismissal with prejudice of his 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim. He asserts that defendants conspired to deprive him of his monarch status and eminent domain. Braun also

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30567

contends that the magistrate judge erred in failing to conduct a hearing on the issue of whether an official from the United States Marshals Service should be sent to Tel Aviv to obtain a document titled, "Act of In[c]eption of Statehood of 1812."

We review the dismissal de novo. *See Geiger v. Jowers*, 404 F.3d 371, 373 (5th Cir. 2005). Because Braun advances only incoherent and nonsensical arguments on appeal, he has failed to show that the district court erred in dismissing his complaint as frivolous and for failure to state a claim. *See Morris v. McAllester*, 702 F.3d 187, 189 (5th Cir. 2012); *Gentilello v. Rege*, 627 F.3d 540, 544 (5th Cir. 2010).

AFFIRMED.